IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**William J. Galvin,**                      )
                                            )
         **Plaintiff,**             )
   v.                                  )   C.A. No. 04cv12207GAO
                                            )
**Bull Information Systems, Inc.**          )
                                            )
         **Defendant.**             )
_____)

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

      Pursuant to Federal Rules of Civil Procedure 6(d) and 7(b), Defendant, BULL INFORMATION SYSTEMS, INC., moves the Court to extend to December 24, 2004 the time to respond to the Complaint of Plaintiff, WILLIAM J. GALVIN. As grounds for this motion, Defendant states: (1) that it requires additional time to prepare and submit a response to the Complaint; and (2) that counsel for Plaintiff assents to Defendant's request for additional time.

      WHEREFORE, the Defendant respectfully requests an extension of time, through and including December 24, 2004, to file its response to the Complaint.

                                   Respectfully submitted,

                                   BULL INFORMATION SYSTEMS, INC.,

                                   By Its Attorney,

                                   /s/ Laurence J. Donoghue
                                   _____
                                   Laurence J. Donoghue, Esq.
                                   Mass BBO# 130140
                                   Morgan, Brown & Joy, LLP
                                   Boston, MA 02108
                                   (617) 523-6666

Dated: December 2, 2004

Assented to:

/s/ Howard I. Wilgoren
_____
Howard I. Wilgoren, Esq.
Mass BBO# 527840
179 Union Avenue
Framingham, MA 01702
(508) 626-8600