IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **William J. Galvin,**<br><br>          Plaintiff,<br>v.<br><br>**Bull Information Systems, Inc.**<br><br>          Defendant. | C.A. No. 04cv12207GAO |

NOTICE OF CHANGE OF ADDRESS
OF DEFENDANT'S COUNSEL

PLEASE TAKE NOTICE that effective December 24, 2004 the address of Morgan, Brown & Joy, LLP, counsel for defendant, shall be as follows:

> MORGAN, BROWN & JOY, LLP
> 200 State Street
> Boston, MA 02109-2605

Phone numbers, fax number and e-mail addresses will not be changed.

Respectfully submitted,

BULL INFORMATION SYSTEMS, INC.,

By Its Attorney,

/s/ Laurence J. Donoghue
_____
Laurence J. Donoghue, Esq.
Mass BBO# 130140
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated: December 22, 2004

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of December, 2004 I served a copy of the above pleading by first class mail, postage prepaid upon plaintiff's counsel: Howard I. Wilgoren, Esq., 179 Union Avenue, Framingham, MA 01702.

_____
Laurence J. Donoghue