AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

William J Gavin

V.

Bull Information Systems Inc

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2207 GAO

TO: (Name and address of Defendant)

Bull HN Information Systems Inc
c/o CT Corporation Systems
101 Federal Street
Boston MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Wilgoren
LAW OFFICE OF
HOWARD I. WILGOREN
179 Union Avenue
Framingham, MA 01702

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

OCT 21 2004
DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me (1)

| | |
|---|---|
| NAME OF SERVER: BURTON M. MALKOFSKY | DATE: November 12, 2004 |
| | TITLE: Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to <u>Allison Liberto, Process Specialist for CT Corporation Systems, Registered</u> ~~Duly Authorized~~ Agent for the within-named <u>Bull HN Information Systems, Inc.</u>

Said service was made at: <u>101 Federal Street, Boston</u> , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 24.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 12, 2004
Date

Signature of Server: *Burton M. Malkofsky*

Address of Server: One Devonshire Place, Boston, Massachusetts

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737