LAW OFFICE OF
# HOWARD I. WILGOREN

6 BEACON STREET, SUITE 700
BOSTON, MASSACHUSETTS 02108
(617) 523-5233
FAX: (617) 523-5236
HWILGOREN@AOL.COM

FILED
CLERKS OFFICE

2005 MAR 16 P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

March 15, 2005

Tony Anastas, Clerk
United States District Court
One Courthouse Way
Boston, MA 021110

Re:   **William J. Gavin v. Bull HN Information Systems, Inc.**
      **Docket No. 04 12207 GAO**

Dear Mr. Anastas:

    Please note my new address and contact information in connection with the captioned matter.

    Thank you for your attention to this matter.

Sincerely,

Howard I. Wilgoren

cc:   William Gavin
      Laurence J. Donoghue, Esquire