UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
WILLIAM J. GAVIN,                   )
                                    )
    Plaintiff,                      )
                                    )   Civil Action No. 04-12207-GAO
v.                                  )
                                    )
BULL HN INFORMATION                 )
SYSTEMS INC.,                       )
    Defendant.                      )
_____)

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16**

Pursuant to Local Rule 16.1(D) (3) WILLIAM J. GAVIN and his counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                    Respectfully submitted,
                    WILLIAM J. GAVIN
                    By His Attorney,

| | |
|---|---|
|    s/William J. Gavin | s/Howard I. Wilgoren |
| WILLIAM J. GAVIN | HOWARD I. WILGOREN |
| Plaintiff | 6 Beacon St., Suite 700 |
| | Boston, MA 02108 |
| | (617) 523 - 5233 |
| | BBO No. 527840 |

Dated: May 17, 2005