UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM J. GAVIN, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-12207-GAO |
| v. | ) ) | |
| BULL HN INFORMATION SYSTEMS INC., | ) ) ) | |
| Defendant. | ) ) | |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Kurt Ogle, general counsel for defendant Bull HN Information Systems, Inc., hereby certify that I have conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and
(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____/s/ Kurt A. Ogle_____
Kurt A. Ogle, Esq., Vice President
General Counsel and Secretary
BULL HN INFORMATION SYSTEMS, INC.