UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. GAVIN,       )<br>                             )<br>    Plaintiff,         )<br>                             )<br>v.                           )<br>                             )<br>BULL HN INFORMATION )<br>SYSTEMS INC.,            )<br>    Defendant.         )<br>_____) | Civil Action No. 04-12207-GAO |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Now come the parties to the above captioned matter and respectfully request that this Court extend the discovery period, currently scheduled to close on December 31, 2005, to March 31, 2006.

As grounds therefore, the parties state that they are currently engaged in discovery but due to schedules of witnesses and counsel, the time requested is necessary to adequately conduct depositions. The parties further state that completing discovery is a necessary prerequisite to any agreement to mediate this case, or assess the merits of filing dispositive motions.

| WILLIAM J. GAVIN, | BULL INFORMATION SYSTEMS, INC. |
|---|---|
| ___/s/ Howard Wilgoren _____ | __/s/Mary Jo Harris _____ |
| Howard I. Wilgoren, Esq. (BBO #527840) | Laurence Donoghue, Esq. (BBO# 130140) |
| 6 Beacon Street, Suite 700 | Mary Jo Harris, Esq. (BBO #561484) |
| Boston, MA 02108 | Morgan, Brown & Joy, LLP |
| (617) 523-5233 | 200 State Street, 11th Floor |
| | Boston, MA 02109 |
| | (617) 523-6666 |

Dated: December 12, 2005