Page 62

1 correct?
2   A. Correct.
3   Q. Was it your understanding when you came back
4 at Mr. Haskell's request in 1979 that you were not
5 considered a participant in any of the company's
6 employee benefit programs?
7   A. Correct.
8   Q. So you did understand that at that time?
9   A. That's what I believed, yes.
10   Q. Do you recall, when you first returned and
11 you were working on these projects, was there an
12 hourly rate? Well, strike that.
13       What was the basis of your payment?
14   A. It was based on an hourly rate.
15   Q. What was the hourly rate, if you recall at
16 that time?
17   A. I believe we stated it was like seven
18 dollars and something an hour somewhere.
19   Q. Do you recall if it was a higher rate than
20 the rate you had been paid when you were an
21 employee?
22   A. No.
23   Q. Do you recall what the rate was that you
24 were paid at, at the time you left employment in

Page 63

1 early 1979?
2   A. I don't really remember.
3   Q. But you don't have any memory one way or
4 another as to whether, let me make sure I finish the
5 question, as to whether the rate you were paid upon
6 your return was different than the rate you were
7 paid upon your departure?
8   A. I don't recall.
9   Q. You submitted invoices from Gavin Associates
10 at first?
11   A. Correct.
12   Q. How frequently did you submit invoices?
13   A. After a job was completed.
14   Q. When you first returned to provide services
15 for Honeywell at Mr. Haskell's request, how many
16 hours did you spend on the projects that he asked
17 you to come back to work on?
18   A. They varied from job to job.
19   Q. Was it full time?
20   A. Yes -- not at first it wasn't, no.
21   Q. Regardless of the length of each particular
22 project, you sent an invoice under Gavin Associates'
23 name for each project?
24   A. Not for each project.

Page 64

1   Q. How did you send the invoices?
2   A. Per purchase order.
3   Q. Per purchase order, okay. Were purchase
4 orders and projects not the same thing?
5   A. No, they weren't.
6   Q. Was there one purchase order per project or
7 how did that work?
8   A. No, it depended on the job. Usually
9 whatever they could fit on it.
10   Q. Would you know the amount of the purchase
11 order before you began providing services?
12   A. No.
13   Q. Are you familiar with a company known as
14 Sullivan & Cogliano?
15   A. Yes.
16   Q. Did you have any sort of relationship with
17 them at all?
18   A. Yes.
19   Q. What was that relationship?
20   A. I was asked by John Haskell to go through
21 Sullivan & Cogliano so they could provide pay
22 through them by way of Honeywell to --
23   Q. Go ahead.
24   A. To -- the reasoning being they could not

Page 65

1 hire me back directly for one year. So I had to go
2 through an agency.
3   Q. When you say "the reasoning," was that what
4 Mr. Haskell told you?
5   A. Yes.
6   Q. Do you recall specifically what he said?
7   A. Basically what I said. I don't know the
8 exact words, but that company's policy was not to
9 re-hire people for one year after they leave on
10 their own.
11   Q. At the time you had that conversation, did
12 you understand that Honeywell was proposing to bring
13 you back as an independent contractor?
14   A. Again, time frame, I was not aware of how
15 long this was going to go on.
16   Q. I'm not sure that -- you indicated that
17 Mr. Haskell told you that because of a company rule
18 as to bringing people back within a year, you had to
19 be employed or work through Sullivan & Cogliano,
20 correct?
21   A. Correct.
22   Q. At the time of that discussion, was it your
23 understanding that Mr. Haskell was proposing to
24 bring you back as an independent contractor?

Page 66

1  A. During that time or --
2  Q. Yes.
3  A. Yes.
4  Q. How long did you actually do work for
5  Honeywell through Sullivan & Cogliano?
6  A. Approximately one year.
7  Q. During the time you were providing services
8  through Sullivan & Cogliano, had Gavin Associates
9  been created by then?
10  A. Yes.
11  Q. Were you sending invoices --
12  A. Oh, excuse me. No, they were not created by
13  then.
14  Q. I just want to get the chronology right.
15  Did you end up providing services through Sullivan &
16  Cogliano?
17  A. To Honeywell, yes.
18  Q. Yes, okay. Was Sullivan & Cogliano treating
19  you as an employee or as an independent contractor?
20  A. I believe an employee.
21  Q. Do you have any memory of that at all?
22  A. They withheld taxes, if that's what you
23  mean.
24  Q. Okay. At some point you stopped becoming --

Page 67

1  you stopped providing services through Sullivan &
2  Cogliano, correct?
3  A. Correct.
4  Q. Is that the time when Gavin Associates came
5  into being?
6  A. Yes.
7  Q. For how long -- your testimony was that was
8  approximately a year after you returned to
9  Honeywell?
10  A. Yes.
11  Q. So is it fair to say that was approximately
12  1980?
13  A. It's fair to say, yes.
14  Q. So was Gavin Associates created in 1980,
15  approximately?
16  A. Approximately.
17  Q. How long was it before Gavin Associates
18  became Gavin Studio?
19  A. Again, I'm not sure exactly, but it
20  wasn't -- I don't remember what I answered awhile
21  ago.
22  Q. Other than the name change, was there any
23  other change when Gavin Associates became Gavin
24  Studios?

Page 68

1  A. Change in what respect?
2  Q. In any respect, other than the name change.
3  A. No.
4  Q. Do you receive any benefits as an employee
5  of Sullivan & Cogliano?
6  A. I believe they had an employee policy of
7  providing vacation days, but I never got to that
8  point.
9  Q. You weren't there long enough?
10  A. Correct.
11  Q. Now, how about health insurance or any other
12  benefits?
13  A. I don't remember.
14  Q. Other than changing from the relationship to
15  providing services through Sullivan & Cogliano when
16  you began providing services through Gavin
17  Associates, was there any other change in terms of
18  the services you provided to Honeywell?
19  A. No.
20      MR. DONOGHUE: Can I take about two
21  minutes?
22      MR. WILGOREN: Why don't we take about
23  five minutes.
24      (Whereupon, a recess was taken)

Page 69

1  Q. Mr. Gavin, I should have mentioned this
2  before. When we take breaks, you realize when we
3  come back, you're still under oath? You understand
4  that?
5  A. I understand.
6  Q. When you came back to Honeywell in '79, were
7  your projects assigned to you by Mr. Haskell?
8  A. Yes.
9  Q. Were they assigned to you on a
10  project-by-project basis?
11  A. It varied.
12  Q. Okay. Explain the variation to me, then.
13  A. There was a job pile. Again, they were
14  doing numerous publications of various types, tech
15  manuals and product briefs. And when they were
16  ready to be pasted up, they would end up in a pile.
17  If you had something -- if you had a free moment,
18  like you completed another job, you would just grab
19  the next one.
20  Q. Did you have any sort of a formal
21  description of your work position or your job at
22  that point?
23  A. Not that I recall.
24  Q. Were there other people at the time --