Page 146

1   A. Yes.
2   Q. Did you have a telephone number at the
3   company before you left?
4   A. No, they had only one phone in the
5   department.
6   Q. When you came back, was that correct as
7   well?
8   A. That was correct.
9   Q. At some point did that change?
10  A. That changed when we moved to Billerica.
11  Q. Which was approximately when?
12  A. I'm not sure of the exact date. I'd have to
13  see my papers.
14  Q. All right. So before you left in '79, you
15  did not have your own phone?
16  A. It was a department phone.
17  Q. A department phone. After the move to
18  Billerica, did you have your own phone?
19  A. Yes.
20  Q. Did you have your own extension number?
21  A. Yes.
22  Q. Do you recall what that was?
23  A. 5129.
24  Q. You testified earlier this morning or this

Page 147

1   morning that -- I asked you a couple of questions
2   about what graphic art is or commercial art is. And
3   you testified that it changed significantly with the
4   advent of computers, correct?
5   A. Correct.
6   Q. When did that take place?
7   A. Approximately -- well, it was the late
8   '80's. Around '88, '89.
9   Q. And you didn't take any courses or have any
10  formal education --
11  A. No, that was my first presentation of a
12  computer to me, other than an Atari computer, game
13  computer.
14  Q. Did you learn to do the graphic arts work on
15  the computer?
16  A. Yes.
17  Q. How did you learn that?
18  A. Trial and error.
19  Q. Were you self-taught?
20  A. Self-taught. We kind of helped each other.
21  Sorry to interrupt.
22  Q. No, that's fine, thanks. When you say "we"
23  helped each other, who are you referring to?
24  A. The other graphic artists in the department.

Page 148

1   Q. This is in the late '80's, is that the
2   approximate time frame?
3   A. Yes.
4   Q. At that point, did you have a computer at
5   home?
6   A. No.
7   Q. Do you recall when you --
8   A. Atari computer, I'm sorry.
9   Q. What's that?
10  A. We had an Atari computer.
11  Q. Did that do anything other than play games?
12  A. It did word processing.
13  Q. Would it run graphics programs at all?
14  A. I wouldn't call them graphics programs, but
15  it had limited ability to do anything on it.
16  Q. Did you teach yourself on that computer as
17  well?
18      MR. WILGOREN: Objection. Teach
19  yourself what?
20  Q. I can ask this -- I thought you indicated
21  you sort of taught yourself how to use the computer
22  for graphic arts. The question is whether you used
23  the home computer, the Atari computer to educate
24  yourself in how to use graphic computer software at

Page 149

1   all?
2   A. They're kind of related but really not.
3   They're two extremes.
4   Q. What do you mean by that?
5   A. The Atari is so basic and the computers at
6   that time were so basic, you couldn't draw a
7   straight line on them.
8   Q. Okay. That gradually changed over the
9   course of the time you were providing services to
10  Bull?
11  A. Yes, yes, it did.
12  Q. Is it fair to say that change was gradual
13  but steady over the -- from late 1980's until early
14  2000?
15  A. Yes, it was very steady.
16  Q. How were you keeping up with the changes?
17  A. We -- they would get newer computers, faster
18  computers, color computers, and more jobs were being
19  done on the computer.
20  Q. How would you learn to use the new
21  computers?
22  A. Jump in and do it.
23  Q. And you did that yourself?
24  A. I did.

Page 130

1  about the document. Let me call your attention to
2  interrogatory number six, which is on the bottom of
3  page three. If you can read to yourself
4  interrogatory number six, and the answer is on
5  page -- begins on page four. Do you see that
6  answer?
7     A. Yes.
8     Q. In the first paragraph -- actually, it's
9  technically the second paragraph of the response
10 talks about a meeting that you had with Cecile
11 Wright of the human resources department, right?
12    A. Correct.
13    Q. And I believe this morning you testified in
14 response to one of my questions, you indicated that
15 after being presented with the documents that are --
16 have been marked as Exhibits 3 and 4, particularly
17 Exhibit 3, which was the Integris agreement,
18 sometime after that you did a little investigation.
19 And then after that, spoke with Ms. Wright; is that
20 correct?
21    A. Correct.
22    Q. Is the conversation that's described in this
23 paragraph on page four of Exhibit 9, was that the
24 discussion you were referring to in your earlier

Page 131

1  testimony?
2     A. Yes.
3     Q. As I understand your response to this
4  interrogatory, that was the first discussion you had
5  with anybody at Bull as to employee benefits?
6     A. Yes.
7     Q. Does this paragraph accurately reflect your
8  discussion with Ms. Wright?
9     A. Yes, it does.
10    Q. And there's a reference to a P-A-C-E
11 website.
12    A. Yes.
13    Q. Is that the website that -- bear with me
14 while I get the numbers correct here. Exhibit 5,
15 which is your e-mail to Dungaree Dan and his
16 response, is that the website that Exhibit 5 came
17 from?
18    A. Yes.
19    Q. I believe you testified that the answer from
20 Dan that's contained on Exhibit 5 was or that
21 Mr. Dan or Mr. Dungaree, I'll call him just Dungaree
22 Dan, you said he gave you a short response and later
23 a longer response. Does Exhibit 5 reflect the
24 longer response?

Page 132

1     A. This is the longer response that was on the
2  Web.
3     Q. Was the shorter response on the Web?
4     A. No.
5     Q. Was that just a personal e-mail to you?
6     A. Just a personal e-mail.
7     Q. Do you have a copy of that still?
8     A. I believe I do.
9     Q. Do you recall what was contained in the
10 short response?
11    A. Basically the same information, only in a
12 shorter version of it. It didn't get into answering
13 the questions one on one like he does here.
14    Q. Did you have any other e-mail or any other
15 communication with Dungaree Dan, other than that
16 question that's contained in paragraph 5?
17    A. No, I did not.
18    Q. Excuse me, Exhibit 5. The February 2002
19 meeting with Ms. Wright that's reflected in page
20 four of Exhibit 9, had you had any prior discussions
21 about any subject with Ms. Wright at all?
22    A. Discussions about --
23    Q. About anything. I withdraw that and ask
24 this. Did you know Ms. Wright before then?

Page 133

1     A. Yes.
2     Q. How did you know her?
3     A. She was vice president of human resources,
4  and she was one of the clients of the company that
5  would request work.
6     Q. So when you say she was one of the clients,
7  the graphic arts people would actually produce
8  materials for the human resources department?
9     A. Yes.
10    Q. You didn't have any dealings with her in
11 terms of having any questions or any discussions
12 with her in terms of employee matters?
13    A. No.
14    Q. You indicate in the second paragraph or the
15 next paragraph on page four, you said about a week
16 later you had a meeting with Mr. Kurt Thalen?
17    A. Yes.
18    Q. Did you know Mr. Thalen before that meeting?
19    A. As a, again, company client. He would come
20 down and request work.
21    Q. Was he also in the human resources
22 department?
23    A. Yes, he is -- was.
24    Q. Does that paragraph that carries over from