UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM J. GAVIN
        Plaintiff(s)

v.   CIVIL ACTION NO. 04-12207-GAO

BULL HN INFORMATION SYSTEMS, INC.,
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Order, dated October 31, 2006, the motion for summary judgment having been granted, judgment shall enter in favor of the defendant on all counts of the complaint.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 11/1/06   By Paul S. Lyness
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)